IN RE: TEDESCO                                            CASE NO. 09-13522 "B"

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    125
60-249 / 433
26
3036

| Case | Debtor |
|---|---|
| 09-13522 B | TEDESCO, VINCENT P., JR. |
| 92000263941966 | TEDESCO, JUDITH |
| COMBINED SMALL CHECK | |

TID #380470
Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

Date   10/21/2010          $ **********12.20

~~~Twelve Dollars and 20/100

Pay to the Order of   U.S. Bankruptcy Court

_____
Ronald J. Hof, Trustee

⑈000000125⑈  ⑆043302493⑆ 92000263941966⑈

10/22/10
DEPOSITED TO 106000
UNCLAIMED UNDER $25.00.
DUE: SEE LETTER

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227798    - KW
* * C O P Y * *
October 22, 2010
    14:12:48

  UNC.UNDER$25
    09-13522
Debtor.: VINCENT P. TEDESCO
Trustee: Ronald Hof
Amount.:          $12.20 CH
Check#.: 125




Total -> $12.20


FROM: HOF
```

# RONALD J. HOF

SUITE 2116
225 BARONNE STREET
NEW ORLEANS, LOUISIANA 70112

CHAPTER 7 TRUSTEE
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

TELEPHONE: (504)529-5540
FAX: (504)561-8089
E-MAIL: ronhof@bellsouth.net

October 21, 2010

Marla Hamilton
Clerk of Court, U.S. Bankruptcy Court
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re: Vincent and Judith Tedesco, No. 09-13522

Dear Marla:

In accordance with Bankruptcy Rule 3010(a), please find enclosed a check in the amount of $12.20, representing the combined total of five dividends in the above case in an amount less than $5.00. I am also enclosing my Claims Distribution Small Check report, which shows the claims and amounts represented by this check. If you should need any additional information, please feel free to contact me.

Sincerely,

Ronald J. Hof

RJH/sao
enclosures

Printed: 10/21/10 09:19 AM

# Claims Distribution Small Checks

Page: 1

**Case:** 09-13522 - TEDESCO, VINCENT P., JR.

**Trustee:** Ronald J. Hof (380470)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92000263941966 | 125 | 10/21/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $12.20 |
| | | | 12 | 01/07/10 | 610 | Lakeview Regional Medical Center | 132.84 | 132.84 | 3.86 | 3.86 |
| | | | 15 | 01/07/10 | 610 | Lakeview Regional Medical Center | 95.48 | 95.48 | 2.77 | 2.77 |
| | | | 16 | 01/07/10 | 610 | Lakeview Regional Medical Center | 71.93 | 71.93 | 2.09 | 2.09 |
| | | | 17 | 01/07/10 | 610 | Lakeview Regional Medical Center | 49.49 | 49.49 | 1.44 | 1.44 |
| | | | 18 | 01/07/10 | 610 | Lakeview Regional Medical Center | 70.29 | 70.29 | 2.04 | 2.04 |

(*) Denotes objection to Amount Filed